UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>OKINE SEWELL,<br>                    Defendant. | 25-CR-284 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for an arraignment and initial conference with the Court on **July 1, 2025, at 10:30 a.m.**, in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: June 24, 2025
New York, New York

_____
DALE E. HO
United States District Judge