UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

OKINE SEWELL,

Defendant.

25-CR-284 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Parties are scheduled to appear before the Court on Defendant's Motion to Dismiss and Motion to Suppress Evidence on December 4, 2025.  The Court hereby advises that the Parties should be prepared to present relevant factual evidence pertaining to the Motion to Suppress, including but not limited to body camera footage or live witness testimony.

SO ORDERED.

Dated: November 26, 2025
    New York, New York

_____
    DALE E. HO
    United States District Judge