


U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javitz Federal Building*
*26 Federal Plaza, 37ᵗʰ Floor*
*New York, New York 10278*

November 29, 2025

**BY ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:      *United States v. Okine Sewell*, 25 Cr. 284 (DEH)

Dear Judge Ho:

The Government writes to respectfully seek a short adjournment of the hearing scheduled for December 4, 2025. On November 26, 2025, the Court issued an order advising the parties to be prepared to present factual evidence, including from witnesses, at the December 4, 2025 hearing. The Government immediately reached out to its potential witnesses but, due to the Thanksgiving holiday, has so far not been able to confirm their availability. The requested adjournment will help ensure the availability of those witnesses at the hearing. Defense counsel does not object to the requested adjournment.

The parties are available to appear for the hearing on December 15, 2025; the morning of December 17, 2025; and the afternoon of December 18, 2025. The Government is awaiting response from the defense regarding its position on the exclusion of time through any new hearing date and will separately move for the exclusion of time after it learns the defendant's position.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Getzel Berger
Assistant United States Attorney
(212) 637-1061

**Application GRANTED. The hearing is hereby ADJOURNED to December 15, 2025 at 3:00 p.m. The Court excludes time under the Speedy Trial Act through December 15, 2025. The Court finds that the ends of justice served by excluding such time outweigh the interests of the Defendant and the public in a speedy trial, because it will permit time for the parties to prepare for a hearing on Defendant's motions, in accordance with the parties' requested adjournment.**

**The Clerk of Court is respectfully directed to close ECF No. 27.**

**SO ORDERED.**

**Dale E. Ho**
**United States District Judge**
**Dated: December 1, 2025**
**New York, New York**