UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 25-CR-284 (DEH) |
| v. | |
| OKINE SEWELL, | ORDER |
| Defendant. | |

DALE E. HO, United States District Judge:

As discussed at the conclusion of yesterday's hearing, the Parties are directed to file simultaneous briefing in the form of proposed findings of facts and conclusions of law on or before January 12, 2025.  A tentative hearing is scheduled for January 23, 2025 at 10:30 a.m. in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, N.Y 10007.

SO ORDERED.

Dated: December 16, 2025
New York, New York

_____
DALE E. HO
United States District Judge

1