# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

February 24, 2026

**BY ECF**

Hon. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED**.  The conference previously scheduled for February 26, 2026, is adjourned to **March 12, 2026, at 10:00 a.m.**  The Court hereby excludes time through March 12, 2026, under the Speedy Trial Act 18 USC § 3161(h)(7)(A).  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial, because it will permit time for the parties to discuss a potential pretrial resolution of this matter.  The Clerk of Court is respectfully directed to close ECF No. 37.  SO ORDERED

Re:    **United States v. Okine Sewell**
       **25 Cr. 284 (DEH)**

Dated: February 24, 2026
New York, New York

Dale E. Ho
United States District Judge

Dear Judge Ho:

I write, with the government's consent, to respectfully request an adjournment of the February 26, 2026 status conference in consideration of the Court's recent Opinion and Order, ECF No. 36. I have conferred with the government and anticipate that a brief adjournment of this week's status conference will enable the parties to determine and inform the Court how they wish to proceed in this matter. The parties are available for a conference the following dates/times: March 9 before 12:00 p.m., March 11 at 11:00 a.m.; March 12 before 12:00 p.m., and March 13 at 11:00 a.m.

The government also requests, with the consent of defense counsel, that the Court exclude time through the next-scheduled conference under the Speedy Trial Act to allow the parties to discuss a potential pretrial resolution of this case. *See* 18 U.S.C. § 3161(h)(7)(A).

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/*

Marne L. Lenox, Esq.

*Counsel for Okine Sewell*

cc:    Getzel Berger, Assistant U.S. Attorney