UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **ORDER** |
| v. | **25 Cr. 284 (DEH)** |
| Okine Sewell, | |
| *Defendant.* | |

Upon the application of the United States of America, by and through Jay Clayton, United States Attorney for the Southern District of New York, Getzel Berger, Assistant United States Attorney, of counsel, and with the consent of Okine Sewell, by and through his attorney, Marne Lenox, it is hereby ORDERED that the pretrial conference in this case be continued from March 12, 2026 to March 25, 2026 at 9:00 a.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is ORDERED that the time from the date of this order through March 25, 2026 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is respectfully directed to close ECF No. 39.

SO ORDERED:

Dated: New York, New York
       March 11, 2026

_____
THE HONORABLE DALE E. HO
UNITED STATES DISTRICT JUDGE