UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| OKINE SEWELL, | 25 Cr. 284 (DEH) |
| Defendant. | |

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution to Count One of the Indictment in this case was made before United States Magistrate Judge Ona T. Wang on April 1, 2026;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is hereby scheduled for May 29, 2026, at 2:00 p.m.

IT IS FURTHER ORDERED that the hearing previously scheduled for April 13, 2026, is cancelled. The Clerk of Court is respectfully directed to close ECF No. 46.

**SO ORDERED:**

Dated: New York, New York
 April 8, 2026

THE HONORABLE DALE E. HO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK