UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

OKINE SEWELL,

Defendant.

25-CR-284 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to a conflict in the Court's schedule, it is hereby **ORDERED** that the sentencing hearing previously scheduled for May 29, 2026, at 2:00 p.m. is **RESCHEDULED** for **May 29, 2026**, at **11:00 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: May 28, 2026
New York, New York

_____
DALE E. HO
United States District Judge