UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    v.<br><br>OKINE SEWELL,<br><br>                         Defendant. | 25-CR-284 (DEH)<br><br>AMENDED ORDER |

DALE E. HO, United States District Judge:

Due to a conflict in the Court's schedule, it is hereby **ORDERED** that the sentencing hearing previously scheduled for May 29, 2026, at 11:00 a.m. is **RESCHEDULED** for **June 5, 2026**, at **2:30 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

        SO ORDERED.

Dated: May 28, 2026
        New York, New York

                                                            _____
                                                            DALE E. HO
                                                            United States District Judge